IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDERIC FLINT, KAREN FLINT, and
CAROL FLINT,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-154-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff United States of America against defendants Frederic Flint and Karen Flint in the amount of $253,149.52, plus statutory interest and additions from March 26, 2009, until judgment is paid.

_____
Peter Oppeneer, Clerk of Court

4/20/09
Date